# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>MIA LEE JAMISON,<br><br>                    Defendant. | Case No. 19-00171-01-CR-W-GAF |

## GOVERNMENT'S LIST OF EXHIBITS

The United States of America by the undersigned counsel hereby files the attached list of exhibits, which the Government may offer at the mental competency hearing scheduled for Thursday, January 6, 2022, and requests leave to amend or supplement this exhibit list as needed.

                            Respectfully submitted,

                            Teresa A. Moore
                            United States Attorney

By:    */s/ William A. Alford III*

           William A. Alford III
           Assistant United States Attorney

           Charles Evans Whittaker Courthouse
           400 East Ninth Street, Room 5510
           Kansas City, Missouri 64106
           Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on January 6, 2022, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                               */s/ William A. Alford III*
                                               William A. Alford III
                                             Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.           Case No. 19-00171-01-CR-W-GAF

MIA LEE JAMISON,

      Defendant.

## EXHIBITS

| | | | |
|---|---|---|---|
| ✓ = Offered & admitted without objection. | | D.B. = Admitted, de bene. | |
| X. = Offered & admitted over objection. | | W.D. = Offered then withdrawn. | |
| Ex. = Offered, but objected to and excluded. | | Ltd. = Admitted for limited purpose. | |
| N.O. = Marked but not offered. | | | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | Curriculum Vitae of Stephen E. Peterson, M.D., Forensic Psychiatrist |
| 2 | | | | Diagnostic Interview Report of Mia Lee Jamison Prepared by Stephen E. Peterson, M.D. |

I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_____    _____
PRINTED NAME               SIGNATURE