IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-00171-01-CR-W-GAF |
| | ) | |
| MIA LEE JAMISON, | ) | |
| | ) | |
| Defendant. | ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Mia Lee Jamison appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(A) and (B) to Count Two of the Indictment charging her with a violation of 18 U.S.C. §§ 844(i) and 373, that is, solicitation to commit a crime of violence, specifically, to maliciously destroy by arson a building, and Count Three of the Indictment charging her with a violation of 18 U.S.C. § 1001(a)(2), that is, making a false official material statement to investigators of the Bureau of Alcohol, Tobacco, Firearms, and Explosives. The Plea Agreement states that the United States agrees to dismiss Count One of the Indictment at sentencing. I determined that the guilty plea is knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. A record was made of the proceedings and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Mia Lee Jamison's plea of guilty be accepted and that defendant Jamison be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.   28 U.S.C. § 636(b)(1).

*/s/ Lajuana M. Counts*
_____

Lajuana M. Counts
United States Magistrate Judge